IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IRA E. REYNOLDS, JR.,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NOS. 1D16-1455, 1D16-1456, and
1D16-1457 (CONSOLIDATED)

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Candice K. Brower, Regional Counsel, and Michael J. Titus, Assistant Conflict
Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.